IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DELTA BEVERAGES, INC.**<br>5421 Old Dowd Road<br>Unit 15<br>Charlotte, NC 28208 | )<br>)<br>)<br>) | Case No. _____ |
| | )<br>) | Judge _____ |
| and | )<br>) | |
| | ) | **VERIFIED COMPLAINT FOR** |
| **CRESCENT DISTRIBUTIONS, NC, LLC** | )<br>) | **TEMPORARY RESTRAINING**<br>**ORDER/INJUNCTION** |
| d/b/a Crescent Canna<br>4331 Chesapeake Drive<br>Building 3<br>Charlotte, NC 28216 | )<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| | ) | |
| **OPTA NEVADA GROUP LLC** | ) | |
| d/b/a Cheech and Chong's Beverages<br>5242 S. College Dr.<br>Suite 390<br>Murray, UT 84123 | )<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| | ) | |
| **TORCH DRINKS LLC** | ) | |
| 7800 Peters Rd.<br>Suite 200<br>Plantation, FL 33324 | )<br>)<br>)<br>) | |
| and | )<br>) | |
| | ) | |
| **FIFTY WEST BREWING COMPANY LLC** | ) | |
| 7605 Wooster Pike<br>Cincinnati, OH 45227 | )<br>)<br>) | |
| and | ) | |

1

**ATHENS BEVERAGE LLC**      )
25 Campbell St.      )
Athens, OH 45701      )
      )
and      )
      )
**THE GREAT LAKES BREWING COMPANY**      )
2516 Market Avenue      )
Cleaveland, OH 44113      )
      )
and      )
      )
**GREEN ROOM BREWING LLC**      )
d/b/a Seventh Son Brewing      )
1101 N. 4th Street      )
Columbus, OH 43201      )
      )
and      )
      )
**FLORAGEIST, LLC**      )
d/b/a Rhinegeist      )
1910 Elm Street      )
Cincinnati, OH 45202      )
      )
and      )
      )
**SS BEVERAGES 1, INC.**      )
d/b/a Uncle Arnie's      )
440 N. Barranca Avenue      )
Covina, CA 91723      )
      )
and      )
      )
**MILE HIGH CURE CORP.**      )
5812 Temple City Blvd.      )
Temple City, CA 91780      )
      )
and      )
      )
**SKY MARKETING CORP.**      )
d/b/a Hometown Hero      )
9501-B Menchaca Road, Suite 200      )
Austin, TX 78748      )

2

and                                                      )
                                                         )
**WELLNESS OF WILLOUGHBY, LLC**                          )
d/b/a Thee Hemp Co.                                      )
4128 Erie Street                                         )
Willoughby, OH 44094                                     )
                                                         )
and                                                      )
                                                         )
**LIFTED LIQUIDS, INC.**                                 )
5511 95th Avenue                                         )
Kenosha, WI 53144                                        )
                                                         )
                    Plaintiffs,                          )
                                                         )
v.                                                       )
                                                         )
**JIM CANEPA**                                           )
Superintendent                                           )
Division of Cannabis Control                             )
77 South High Street, 23rd Floor                         )
Columbus, OH 43215                                       )
                                                         )
and                                                      )
                                                         )
**JAMIE PATTON**                                         )
Executive Director                                       )
Ohio Investigative Unit                                  )
1970 W. Broad Street                                     )
Columbus, OH 43223                                       )
                                                         )
and                                                      )
                                                         )
**CHARLES JONES**                                        )
Colonel                                                  )
Superintendent                                           )
Ohio State Highway Patrol                                )
1970 W. Broad Street                                     )
Columbus, OH 43233                                       )
                                                         )
and                                                      )

3

**STATE OF OHIO**                                  )
Office of the Attorney General                     )
Constitutional Offices                             )
16th Floor                                         )
30 E. Broad Street                                 )
Columbus, OH 43215                                 )
                                                   )
and                                                )
                                                   )
**BETH TISCHLER**                                  )
Sandusky County Prosecuting Attorney               )
100 North Park Avenue                              )
Fremont, OH  43420                                 )
                                                   )
and                                                )
                                                   )
**STEVEN D. BARNETT**                              )
Carroll County Prosecuting Attorney                )
7 East Main Street                                 )
Carrollton, OH 44615                               )
                                                   )
and                                                )
                                                   )
**MATT MUZIC**                                     )
Holmes County Prosecuting Attorney                 )
164 East Jackson Street                            )
Millersburg, OH 44654                              )
                                                   )
and                                                )
                                                   )
**CONNIE LEWANDOWSKI**                             )
Portage County Prosecuting Attorney                )
241 South Chestnut Street                          )
Ravenna, OH 44266                                  )
                                                   )
and                                                )
                                                   )
**KYLE STONE**                                     )
Stark County Prosecuting Attorney                  )
110 Central Plaza South                            )
Suite 510                                          )
Canton, OH 44702                                   )

4

and                                                          )
                                                             )
**ELLIOT KOLKOVICH**                                         )
Summit County Prosecuting Attorney                           )
53 University Avenue                                         )
Akron, OH 44308-1680                                        )
                                                             )
and                                                          )
                                                             )
**R. SCOTT DEEDRICK**                                        )
Tuscarawas County Prosecuting Attorney                       )
125 East High Avenue                                        )
New Philadelphia, OH 44663                                  )
                                                             )
and                                                          )
                                                             )
**ANGELA WYPASEK**                                           )
Wayne County Prosecuting Attorney                            )
115 West Liberty Street                                     )
Wooster, OH 44691                                           )
                                                             )
and                                                          )
                                                             )
**CHRISTOPHER R. TUNNELL**                                   )
Ashland County Prosecuting Attorney                          )
110 Cottage Street                                          )
3rd Floor                                                    )
Ashland, OH 44805                                           )
                                                             )
and                                                          )
                                                             )
**APRIL GRABMAN**                                            )
Ashtabula County Prosecuting Attorney                        )
25 West Jefferson Street                                    )
Jefferson, OH 44047                                         )
                                                             )
and                                                          )
                                                             )
**MATTHEW CRALL**                                            )
Crawford County Prosecuting Attorney                         )
112 East Mansfield Street, Suite 305                        )
Bucyrus, OH 44820                                           )

5

and         )
)

**MICHAEL C. O'MALLEY**   )
Cuyahoga County Prosecuting Attorney )
1200 Ontario Street      )
Cleveland, OH 44113     )
)

and         )
)

**JAMES FLAIZ**      )
Geauga County Prosecuting Attorney  )
231 Main Street       )
Suite 3A        )
Chardon, OH 44024     )
)

and         )
)

**CHARLES E. COULSON**   )
Lake County Prosecuting Attorney   )
105 Main Street       )
Painesville, OH 44077     )
)

and         )
)

**TONY CILLO**      )
Lorain County Prosecuting Attorney   )
225 Court Street       )
3rd Floor        )
Elyria, OH 44035      )
)

and         )
)

**S. FORREST THOMPSON**   )
Medina County Prosecuting Attorney  )
72 Public Square       )
Medina, OH 44256-2279    )
)

and         )
)

**JODIE SHCUMACHER**    )
Richland County Prosecuting Attorney  )
38 South Park Street      )
Mansfield, OH 44902     )

and                                                            )
                                                               )
**DESTINY CALDWELL**                                           )
Allen County Prosecuting Attorney                              )
204 N. Main Street                                             )
Suite 302                                                      )
Lima, OH 45801                                                 )
                                                               )
and                                                            )
                                                               )
**BENJAMIN R. ELDER**                                          )
Auglaize County Prosecuting Attorney                           )
201 Willipie Street                                            )
Wapakoneta, OH 45895                                           )
                                                               )
and                                                            )
                                                               )
**MORRIS J. MURRAY**                                           )
Defiance County Prosecuting Attorney                           )
500 Court Street                                               )
Suite C                                                        )
Defiance, OH 43512                                             )
                                                               )
and                                                            )
                                                               )
**KEVIN J. BAXTER**                                            )
Erie County Prosecuting Attorney                               )
247 Columbus Avenue                                            )
Suite 319                                                      )
Sandusky, OH 44870                                             )
                                                               )
and                                                            )
                                                               )
**T. LUKE JONES**                                              )
Fulton County Prosecuting Attorney                             )
152 South Fulton Street                                        )
Suite 240                                                      )
Wauseon, OH 43567                                              )
                                                               )
and                                                            )

7

**SEAN ABBOTT**                                        )
Hancock County Prosecuting Attorney                    )
514 South Main Street                                  )
Suite B                                                )
Findlay, OH 45840                                      )
                                                       )
and                                                    )
                                                       )
                                                       )
**BRADFORD W. BAILEY**                                 )
Hardin County Prosecuting Attorney                     )
One Courthouse Square #50                              )
Kenton, OH 43326-1575                                  )
                                                       )
and                                                    )
                                                       )
**GWEN HOWE GEBERS**                                   )
Henry County Prosecuting Attorney                      )
660 N. Perry Street                                    )
Suite 101                                              )
Napoleon, OH 43545                                     )
                                                       )
and                                                    )
                                                       )
**JAMES JOEL SITTERLY**                                )
Huron County Prosecuting Attorney                      )
12 East Main Street, 4th Floor                         )
Norwalk, OH 44857                                      )
                                                       )
and                                                    )
                                                       )
**RAYMOND A. GROGAN**                                  )
Marion County Prosecuting Attorney                     )
100 Executive Drive, 2nd Floor                         )
Marion, OH 43302                                       )
                                                       )
and                                                    )
                                                       )
**ERIN MINOR**                                         )
Mercer County Prosecuting Attorney                     )
119 North Walnut Street                                )
Celina, OH 45822                                       )
                                                       )

and                                                          )
                                                             )
**JAMES VANEERTEN**                                          )
Ottawa County Prosecuting Attorney                           )
315 Madison Street, 2nd Floor                                )
Port Clinton, OH 43452                                       )
                                                             )
and                                                          )
                                                             )
**MATT MILLER**                                              )
Paulding County Prosecuting Attorney                         )
120 South Walnut Street                                      )
Paulding, OH 45879                                           )
                                                             )
and                                                          )
                                                             )
**GARY L. LAMMERS**                                          )
Putnam County Prosecuting Attorney                           )
336 East Main Street                                         )
Suite B                                                      )
Ottawa, OH 45875                                             )
                                                             )
and                                                          )
                                                             )
**DEREK W. DEVINE**                                          )
Seneca County Prosecuting Attorney                           )
79 South Washington Street                                   )
Tiffin, OH 44883                                             )
                                                             )
and                                                          )
                                                             )
**DILLON STAAS IV**                                          )
Van Wert County Prosecuting Attorney                         )
120 West Main Street                                         )
Van Wert, OH 45891                                           )
                                                             )
and                                                          )
                                                             )
**KATHERINE J. ZARTMAN**                                     )
Williams County Prosecuting Attorney                         )
1425 East High Street                                        )
Bryan, OH 43506                                              )

9

and                                                          )
                                                             )
**ERIC J. FIGLEWICZ**                                        )
Wyandot County Prosecuting Attorney                          )
137 South Sandusky Avenue                                    )
Upper Sandusky, OH 43351                                     )
                                                             )
and                                                          )
                                                             )
**KELLER BLACKBURN**                                         )
Athens County Prosecuting Attorney                           )
1 S. Court Street                                            )
Athens, OH 45701                                             )
                                                             )
and                                                          )
                                                             )
**KEVIN FLANAGAN**                                           )
Belmont County Prosecuting Attorney                          )
52106 National Road                                          )
St. Clairsville, OH 43950                                    )
                                                             )
and                                                          )
                                                             )
**VITO ABRUZZINO**                                           )
Columbiana County Prosecuting Attorney                       )
135 South Market Street                                      )
Lisbon, OH 44432                                             )
                                                             )
and                                                          )
                                                             )
**BENJAMIN E. HALL**                                         )
Coshocton County Prosecuting Attorney                        )
500 N. Third Street                                          )
Suite A                                                      )
Coshocton, OH 43812                                          )
                                                             )
and                                                          )
                                                             )
**MELISSA SCHIFFEL**                                         )
Delaware County Prosecuting Attorney                         )
140 N. Sandusky Street                                       )
Delaware, OH 43015                                           )

and                                                          )
                                                             )
**R. KYLE WITT**                                             )
Fairfield County Prosecuting Attorney                        )
239 West Main Street                                         )
Lancaster, OH  43130                                         )
                                                             )
and                                                          )
                                                             )
**JESS C. WEADE**                                            )
Fayette County Prosecuting Attorney                          )
119 East Market Street                                       )
Washington Court House, OH 43160-1355                        )
                                                             )
and                                                          )
                                                             )
**SHAYLA FAVOR**                                             )
Franklin County Prosecuting Attorney                         )
373 South High Street                                        )
Columbus, OH 43215                                           )
                                                             )
and                                                          )
                                                             )
**JASON D. HOLDREN**                                         )
Gallia County Prosecuting Attorney                           )
18 Locust Street, Room 1267                                  )
Gallipolis, OH 45631                                         )
                                                             )
and                                                          )
                                                             )
**LINDSEY ANGLER**                                           )
Guernsey County Prosecuting Attorney                         )
627 Wheeling Avenue                                          )
Cambridge, OH 43725-0640                                     )
                                                             )
and                                                          )
                                                             )
**LAUREN KNIGHT**                                            )
Harrison County Prosecuting Attorney                         )
111 West Warren Street                                       )
Cadiz, OH 43907                                              )
                                                             )
and                                                          )

11

**JENNIFER GRAHAM**  )
Hocking County Prosecuting Attorney  )
88 South Market  )
Logan, OH 43134  )
  )
and  )
  )
**TRENT DOUTHETT**  )
Jackson County Prosecuting Attorney  )
295 Broadway Street  )
Jackson, OH 45640  )
  )
and  )
  )
**JANE HANLIN**  )
Jefferson County Prosecuting Attorney  )
16001 SR 7  )
Steubenville, OH 43952  )
  )
and  )
  )
**CHARLES T. MCCONVILLE**  )
Knox County Prosecuting Attorney  )
117 East High Street  )
Suite 234  )
Mt. Vernon, OH 43050-3457  )
  )
and  )
  )
**JENNY WELLS**  )
Licking County Prosecuting Attorney  )
20 South Second Street  )
Newark, OH 43055  )
  )
and  )
  )
**ERIC C. STEWART**  )
Logan County Prosecuting Attorney  )
117 E. Columbus Avenue  )
Suite 200  )
Bellefontaine, OH 43311  )
  )
and  )

12

**NICHOLAS ADKINS**                                   )
Madison County Prosecuting Attorney                   )
59 North Main Street                                  )
London, OH 43140                                      )
                                                      )
and                                                   )
                                                      )
**LYNN MARO**                                         )
Mahoning County Prosecuting Attorney                  )
21 West Boardman Street                               )
Suite 600                                             )
Youngstown, OH 44503                                  )
                                                      )
and                                                   )
                                                      )
**JAMES K. STANLEY**                                  )
Meigs County Prosecuting Attorney                     )
112 E. Memorial Drive, Suite B                        )
Pomeroy, OH 45769                                     )
                                                      )
and                                                   )
                                                      )
**JAMES L. PETERS**                                   )
Monroe County Prosecuting Attorney                    )
101 N. Main Street, Room 15                           )
Woodsfield, OH 43793                                  )
                                                      )
and                                                   )
                                                      )
**RICHARD WELCH**                                     )
Morgan County Prosecuting Attorney                    )
19 E. Main Street                                     )
McConnelsville, OH 43756-1125                         )
                                                      )
and                                                   )
                                                      )
**ANDREW WICK**                                       )
Morrow County Prosecuting Attorney                    )
60 E. High Street                                     )
Mt. Gilead, OH 43338                                  )
                                                      )
and                                                   )

13

**RONALD WELCH**                                                            )
Muskingum County Prosecuting Attorney    )
27 N. Fifth Street                                                             )
Zanesville, OH 43702-0189                                         )
                                                                                       )
and                                                                                )
                                                                                       )
**JORDAN CROUCHER**                                              )
Noble County Prosecuting Attorney              )
150 Courthouse                                                          )
Caldwell, OH 43724                                                  )
                                                                                       )
and                                                                                )
                                                                                       )
**TERRY RUGG**                                                       )
Perry County Prosecuting Attorney                )
111 N. High Street                                                     )
New Lexington, OH 43764                                      )
                                                                                       )
and                                                                                )
                                                                                       )
**JAYME FOUNTAIN**                                            )
Pickaway County Prosecuting Attorney        )
203 S. Scioto Street                                                  )
Circleville, OH 43113-0910                                   )
                                                                                       )
and                                                                                )
                                                                                       )
**MIKE DAVIS**                                                       )
Pike County Prosecuting Attorney                  )
100 E. Second Street                                                )
Suite 100                                                                   )
Waverly, OH 45601                                                 )
                                                                                       )
and                                                                                )
                                                                                       )
**JEFFREY C. MARKS**                                         )
Ross County Prosecuting Attorney                 )
33 West Main Street                                                 )
Suite 200                                                                   )
Chillicothe, OH 45601                                            )
                                                                                       )
and                                                                                )

14

DENNIS WATKINS )
Trumbull County Prosecuting Attorney )
160 High Street )
Warren, OH 43040 )
)
and )
)
DAVID W. PHILLIPS )
Union County Prosecuting Attorney )
249 W. Fifth Street )
Marysville, OH 43040 )
)
and )
)
WILLIAM L. ARCHER, JR. )
Vinton County Prosecuting Attorney )
100 E. Main Street )
McArthur, OH 45651 )
)
and )
)
NICOLE COIL )
Washington County Prosecuting Attorney )
205 Putnam Street )
Marietta, OH 45750 )
)
and )
)
ARIANA BOWLES NORRIS )
Adams County Prosecuting Attorney )
110 W. Main Street )
West Union, OH 45963 )
)
and )
)
ZACHARY A. CORBIN )
Brown County Prosecuting Attorney )
740 Mt. Orb Pike )
Suite 1 )
Georgetown, OH 45121 )
)
and )

**MICHAEL T. GMOSER**                )
Butler County Prosecuting Attorney   )
315 High Street, 11th Floor          )
Hamilton, OH 45011                   )
                                     )
and                                  )
                                     )
**MARK TEKULVE**                     )
Clermont County Prosecuting Attorney )
76 Riverside Drive, 2nd Floor        )
Batavia, OH 45103                    )
                                     )
and                                  )
                                     )
**BRIAN A. SHIDAKER**                )
Clinton County Prosecuting Attorney  )
103 E. Main Street                   )
Wilmington, OH 45177                 )
                                     )
and                                  )
                                     )
**CONNIE PILLICH**                   )
Hamilton County Prosecuting Attorney )
230 E. Ninth Street                  )
Suite 4000                           )
Cincinnati, OH 45202                 )
                                     )
and                                  )
                                     )
**ANNEKA COLLINS**                   )
Highland County Prosecuting Attorney )
112 Governor Foraker                 )
Hillsboro, OH 45133                  )
                                     )
and                                  )
                                     )
**BRIGHAM M. ANDERSON**              )
Lawrence County Prosecuting Attorney )
111 S. Fourth Street                 )
Ironton, OH 45638                    )
                                     )
and                                  )

16

**SHANE A. TIEMAN**                                       )
Scioto County Prosecuting Attorney                        )
612 Sixth Street                                          )
Portsmouth, OH 45662                                      )
                                                          )
and                                                       )
                                                          )
**DAVID P. FORNSHELL**                                    )
Warren County Prosecuting Attorney                        )
500 Justice Drive                                         )
Lebanon, OH 45036                                         )
                                                          )
and                                                       )
                                                          )
**KEVIN S. TALEBI**                                       )
Champaign County Prosecuting Attorney                     )
200 N. Main Street                                        )
Urbana, OH 43078                                          )
                                                          )
and                                                       )
                                                          )
**DAN DRISCOLL**                                          )
Clark County Prosecuting Attorney                         )
50 E. Columbia Street                                     )
Suite 449                                                 )
Springfield, OH 45501                                     )
                                                          )
and                                                       )
                                                          )
**JAMES BENNETT**                                         )
Darke County Prosecuting Attorney                         )
504 S. Broadway Street                                    )
Suite 3                                                   )
Greenville, OH 45331                                      )
                                                          )
and                                                       )
                                                          )
**DAVID HAYES**                                           )
Greene County Prosecuting Attorney                        )
61 Greene Street, 2nd Floor                               )
Xenia, OH 45385-3101                                      )
                                                          )
and                                                       )

17

**PAUL M. WATKINS**                                )
Miami County Prosecuting Attorney                  )
201 W. Main Street                                 )
Troy, OH 45373                                     )
                                                   )
and                                                )
                                                   )
**MATHIAS H. HECK, JR.**                           )
Montgomery County Prosecuting Attorney             )
301 W. Third Street, 5th Floor                     )
Dayton, OH 45422                                   )
                                                   )
and                                                )
                                                   )
**ERIC MARIT**                                     )
Preble County Prosecuting Attorney                 )
101 E. Main Street                                 )
Eaton, OH 45320                                    )
                                                   )
and                                                )
                                                   )
**WILLIAM ZIMMERMAN**                              )
Shelby County Prosecuting Attorney                 )
100 E. Court Street, 1st Floor                     )
Sidney, OH 45365                                   )
                                                   )
and                                                )
                                                   )
**REBECCA FACEY**                                  )
Chief Prosecutor                                   )
City of Toledo                                     )
555 N. Erie Street                                 )
Toledo, OH 43604                                   )
                                                   )
and                                                )
                                                   )
**AQUEELAH A. JORDAN**                             )
Chief Prosecutor                                   )
Cleveland Prosecutor's Office                      )
1200 Ontario Street, 8th Floor                     )
Cleveland, OH 44113                                )
                                                   )
and                                                )

**CRAIG J. MORGAN**  )
Chief City Prosecutor  )
City of Akron Law Department  )
217 S. High Street  )
Suite 203  )
Akron, OH 44308  )
  )
and  )
  )
**ZACH KLEIN**  )
Columbus City Attorney  )
City of Columbus  )
77 N. Front Street  )
Columbus, OH 43215  )
  )
and  )
  )
**BARBARA DOSECK**  )
Director of Law  )
City of Dayton  )
City Hall, 3rd Floor  )
101 W. Third Street  )
Dayton, OH 45402  )
  )
and  )
  )
**EMILY SMART WOERNER**  )
City Solicitor  )
City of Cincinnati  )
801 Plum Street, Room 214  )
Cincinnati, OH 45202  )
  )
and  )
  )
**HEATHER PENTYCOFE**  )
Chief Prosecutor  )
City of Sylvania  )
6700 Monroe Street  )
Sylvania, OH 43560  )
  )
and  )

**CHYNNA FIFER**    )
Oregon City Prosecutor    )
5330 Seaman Road    )
Oregon, OH 43616    )
    )
and    )
    )
**DAN ARNOLD**    )
Maumee Prosecutor    )
400 Conant Street    )
Maumee, OH 43537    )
    )
and    )
    )
**PAUL A. DOBSON**    )
Wood County Prosecuting Attorney    )
One Courthouse Square    )
Bowling Green, OH 43402    )
    )
Defendants.    )
    )

## COMPLAINT

Ohio Senate Bill 56 redefined hemp inconsistent with the federal definition, reclassifying otherwise federally lawful hemp products as "marihuana."[1] This redefinition further allowed the State, through a series of interrelated Ohio statutes, to discriminate against makers of hemp products—mainly beverages—in favor of entities with a complete physical presence in Ohio. This discrimination is in violation of the federal dormant Commerce Clause. Plaintiffs therefore bring this action seeking to enjoin Senate Bill 56's enforcement against them.

---

[1] This term is interchangeably spelled as "marihuana" and "marijuana". For continuity purposes, and to remain consistent with the spelling in Senate Bill 56, "marihuana" will be used herein.

20

## PARTIES

1.      Plaintiff Delta Beverages, Inc. ("Delta Beverages") is a Delaware corporation with its principal place of business in Charlotte, North Carolina. Delta Beverages manufactures federally legal hemp beverages out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Delta Beverages sold its hemp beverages throughout Ohio.

2.      Plaintiff Crescent Distributions NC, Inc., d/b/a Crescent Canna ("Crescent Canna") is a North Carolina corporation with its principal place of business in New Orleans, Louisiana. Crescent Canna manufactures federally legal hemp beverages out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Crescent Canna sold its hemp beverages throughout Ohio.

3.      Plaintiff Opta Nevada Group, LLC, d/b/a Cheech and Chong's Beverages ("Opta") is a Utah limited liability company with its principal place of business in Murray, Utah. Opta manufactures federally legal hemp beverages out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Opta sold its hemp beverages throughout Ohio.

4.      Plaintiff Torch Drinks LLC ("Torch Drinks") is a Florida limited liability company with its principal place of business in Plantation, Florida. Torch Drinks manufactures federally legal hemp beverages out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Torch Drinks sold its hemp beverages throughout Ohio.

5.      Fifty West Brewing Company LLC ("50 West") is an Ohio limited liability company with its principal place of business in Cincinnati, Ohio. 50 West manufactures federally legal hemp beverages in Cincinnati, Ohio, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, 50 West sold its hemp beverages throughout Ohio.

21

6.     Athens Beverage LLC ("Athens Beverage") is an Ohio limited liability company with its principal place of business in Athens, Ohio. Athens Beverage manufactures federally legal hemp beverages in Athens, Ohio, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Athens Beverage sold its hemp beverages throughout Ohio.

7.     The Great Lakes Brewing Company ("Great Lakes") is an Ohio company with its principal place of business in Cleveland, Ohio. Great Lakes manufactures federally legal hemp beverages in Strongsville, Ohio, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Great Lakes sold its hemp beverages throughout Ohio.

8.     Green Room Brewing LLC, d/b/a Seventh Son Brewing ("Seventh Son") is an Ohio limited liability company with its principal place of business in Columbus, Ohio. Seventh Son manufactures federally legal hemp beverages in Columbus, Ohio, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Seventh Son sold its hemp beverages throughout Ohio.

9.     Florageist, LLC, d/b/a Rhinegeist ("Rhinegeist"), is an Ohio limited liability company with its principal place of business in Cincinnati, Ohio. Rhinegeist manufactures federally legal hemp beverages in Cincinnati, Ohio, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Rhinegeist sold its hemp beverages throughout Ohio.

10.     SS Beverages 1, Inc., d/b/a Uncle Arnie's ("Uncle Arnie's"), is a Delaware Corporation with its principal place of business in Covina, California. Uncle Arnie's manufactures federally legal hemp beverages out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Uncle Arnie's sold its hemp beverages throughout Ohio.

11.     Mile High Cure Corporation d/b/a Dank Leaf and O-High-O ("Mile High") is a California Corporation with its principal place of business in Temple City, California. Mile High

22

manufactures federally legal hemp products out of state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Mile High sold its hemp products throughout Ohio.

12.     Sky Marketing Corporation, d/b/a Hometown Hero ("Hometown Hero") is a Texas Corporation with its principal place of business in Austin, Texas. Hometown Hero manufactures federally legal hemp products out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Hometown Hero sold its hemp products throughout Ohio.

13.     Wellness of Willoughby, LLC d/b/a Thee Hemp Co. ("Wellness of Willoughby") is an Ohio limited liability company with its principal place of business in Willoughby, Ohio. Wellness of Willoughby sells federally legal hemp products in Ohio under the name Thee Hemp Co., with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Wellness of Willoughby sold its hemp products throughout Ohio.

14.     Lifted Liquids, Inc. ("Lifted"), is an Illinois corporation with its principal place of business in Kenosha, Wisconsin. Lifted manufactures federally legal hemp products out-of-state, with hemp sourced out-of-state. Up until the enactment of Senate Bill 56, Lifted sold its hemp products throughout Ohio. [2]

15.     Plaintiffs sell direct to consumers, distributors, and retail stores on a national scale. They cannot do so in Ohio without risking being considered marihuana traffickers due to the change in law created by Senate Bill 56.

---

[2] Delta Beverages, Crescent Canna, Opta, Torch Drinks, 50 West, Athens Beverage, Great Lakes, Seventh Son, Rhinegeist, Uncle Arnie's, Mile High, Hometown Hero, Wellness of Willoughby, and Lifted are collectively referred to as "Plaintiffs."

16.    Plaintiffs have lost substantial actual and forecasted revenue from their inability to sell their products following the enactment of Senate Bill 56 on March 20, 2026. Enjoining the enforcement of Senate Bill 56 will permit Plaintiffs to continue selling and transporting their federally legal hemp products through November 12, 2026.

17.    Defendant Jim Canepa is the Superintendent of the Division of Cannabis Control. The Division of Cannabis Control is the primary regulatory authority, which oversees the State's medical and adult use cannabis industry.

18.    Defendant Jammie Patton is the Executive Director of the Ohio Investigative Unit, which has statewide enforcement authority over Ohio's cannabis laws.

19.    Defendant Colonel Charles Jones is the Superintendent of the Ohio State Highway Patrol, which has statewide enforcement authority over Ohio's cannabis laws.

20.    Defendant State of Ohio upholds and defends the constitutionality of Ohio's laws and has previously moved to intervene as a defendant in a related case, *Titan Logistics Group, et al. v. Beth Tischler, et al.*, Case No. 3:26-cv-1300-JJH (N.D. Ohio).

21.    Defendant Prosecuting Attorneys are responsible for prosecuting criminal violations.

### JURISDICTION AND VENUE

22.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal questions) and 28 U.S.C. § 1343 in that this action arises under the Constitution and laws of the United States, including the Commerce Clause (U.S. Const. art. I, § 8, cl. 3) and 42 U.S.C. § 1983.

23.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the event giving rise to the claims occurred in this district, and because numerous defendants are located in this district.

24.     Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202. Injunctive relief is authorized by Fed. R. Civ. P. 65.

FACTUAL BACKGROUND

25.     Hemp became federally legal in 2018. AGRICULTURE IMPROVEMENT ACT OF 2018, PL 115-334, December 20, 2018, 132 Stat 4490. Differentiating hemp from marihuana, Congress defined hemp as any part of the Cannabis sativa L. plant with a concentration of not more than 0.3% of delta-9 Tetrahydrocannabinol ("delta-9 THC"),[3] 7 U.S.C. § 1639o(1), and stated unequivocally that no State "shall prohibit the transportation or shipment of hemp." *Id.*

26.     Ohio did just that. First, through the passage and enactment of Senate Bill 56 on March 20, 2026, it redefined intoxicating hemp and classified it as marihuana, such that any hemp product that falls within the current federal definition of hemp is now considered marihuana in Ohio. *Compare* Ohio Rev. Code § 3719.01(M) ("'Marihuana' does not include 'hemp' as that term is defined in section 928.01 of the Revised Code.") *with* Ohio Rev. Code § 928.01(C)(2)(c) ("'Hemp' does not include any of the following: … More than three-tenths per cent combined total of tetrahydrocannabinols"). Any substance that contains anything greater than 0.3% THC constitutes marihuana. Ohio Rev. Code § 3719.01(M).

---

[3] Cannabis sativa L. contains three THC compounds: delta-8, delta-9, and delta-10. Delta-9 is most often associated with marihuana; delta-8 is most often associated with hemp.

27.    Only cultivators, processors, or dispensaries licensed in the State of Ohio can deliver, transfer, or sell hemp derived products under the recently narrowed definition of marihuana (*i.e.* federally legal hemp) in the State of Ohio. Ohio Rev. Code §§ 3796.18(A)(1), 3796.19(A)(1), 3796.20(A)(1).

28.    The Ohio Department of Commerce, Division of Cannabis Control, is not currently issuing licenses required under Ohio Rev. Code §§ 3796.18(A)(1), 3796.19(A)(1), or 3796.20(A)(1). No matter, as Plaintiffs would not qualify for a license because they are all either out-of-state manufacturers, or in-state manufacturers with out-of-state sourced hemp.

29.    In effect, the State of Ohio, through the enactment of Senate Bill 56, has banned from market-participation all companies that produce federally legal hemp products, yet do not have a complete physical presence (from cultivation through sale) in Ohio.

30.    Second, through the passage and enactment of Senate Bill 56, Ohio prohibited the transportation and shipment of out-of-state hemp. If Plaintiffs continued to manufacture their hemp products in-state with out-of-state sourced hemp, or manufacture out-of-state and transport in-state for sale and distribution, they would be subject to felony-level criminal prosecution. Ohio Rev. Code § 2925.03(C)(3)(a).

31.    For this reason, Plaintiffs have been unable to sell their federally lawful hemp products in Ohio since March 20, 2026, for fear of felony level criminal prosecution. They have all lost significant amounts of actual and projected revenue and will continue to lose substantial projected revenue.

26

## COUNT I

### VIOLATION OF THE DORMANT COMMERCE CLAUSE
### (U.C. CONST. ART. I, § 8, CL.3)

32.     Plaintiffs allege and incorporate by reference all allegations in the preceding paragraphs.

33.     "The Commerce Clause prevents States from passing facially neutral laws that place an impermissible burden on interstate commerce." *Granholm v. Heald*, 544 U.S. 460, 477 (2005) (cleaned up).

34.     Under current Ohio law, only companies that source, manufacture, and distribute their hemp-derived products within Ohio may obtain a license permitting them to do so. Plaintiffs are unable to obtain a license because, at minimum, they do not source their hemp from within Ohio.

35.     Plaintiffs—in-state companies that source their hemp from outside Ohio and out-of-state companies that source their hemp from outside Ohio—are therefore precluded from selling their hemp products in Ohio.

36.     This is a violation of the federal dormant Commerce Clause.

## COUNT II

### DEPRIVATION OF CONSTITUTIONAL RIGHTS UNDER COLOR OF STATE LAW
### (42 U.S.C. § 1983)

37.     Plaintiffs allege and incorporate by reference all allegations in the preceding paragraphs.

38.     Defendants, acting under color of State law, have deprived and threaten to continue to deprive Plaintiffs of rights, privileges, and immunities secured by the Constitution of the United

States, including the right to engage in the interstate commerce of federally legal hemp products free from State interference prohibited by the Commerce Clase.

39.     By enforcing or threatening to enforce Senate Bill 56's unconstitutional provisions against Plaintiffs (including the threat of felony prosecution for possessing or selling federally legal hemp), Defendants have caused and will continue to cause Plaintiffs irreparable harm, including the loss of their ability to lawfully conduct business in this State, the destruction of their customer relationships, and the chilling of their constitutionally protected right to engage in interstate commerce.

40.     Plaintiffs have no adequate remedy at law and an actual controversy exists between Plaintiffs and Defendants regarding the constitutionality of Senate Bill 56 and Defendants' authority to enforce it. Plaintiffs are entitled to declaratory and injunctive relief.

### RELIEF

41.     Wherefore, Plaintiffs pray for this Honorable Court to:

a.     Issue emergency injunctive relief in the form of a temporary restraining order and then later issue preliminary and permanent injunctions. Each form of relief should adequately protect Plaintiffs from criminal, civil, and adverse administrative government actions for participating in this State and in an otherwise federally legal market involving hemp and hemp-derived products so long as their conduct comports with federal law and valid State laws predating Senate Bill 56. Each form of relief should also adequately protect all forms of selling and consuming Plaintiffs' products, to include any distributor, retailer, or consumer.

b.     Enter a declaratory judgment that Senate Bill 56 is unconstitutional and void.

28

c. Award Plaintiffs reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

Dated: July 30, 2026

Respectfully submitted,

/s/ *Carol A. Thompson*
Carol A. Thompson* (0102788)
  *Counsel of Record*
Andrew D. McCartney (0099853)
ASHBROOK BYRNE KRESGE FLOWERS LLC
P.O. Box 8248
Cincinnati, Ohio 45249
Phone: 513.201.5775
cathompson@abkf.com
admccartney@abkf.com

/s/ *Christopher Wager*
Christopher C. Wager* (0084324)
  *Counsel of Record*
Walter Blackham (0097882)
MAC MURRAY & SHUSTER LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Phone: 614.939.9955
cwager@mslawgroup.com

*Counsel for Plaintiffs*

## **VERIFICATION**

I, David Thomas, Chief Strategy Officer at Delta Beverages, Inc., state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Delta Beverages, Inc. are true and to the best of my knowledge.

*David Thomas*
David Thomas (Jul 29, 2026 13:26:33 CDT)

David Thomas
Chief Strategy Officer
Delta Beverages, Inc.

## **VERIFICATION**

I, Joshua Katzenstein, Chief Revenue Officer at Crescent Distributions NC, LLC, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Crescent Distributions, NC, LLC are true and to the best of my knowledge.

*Joshua Katzenstein*
Joshua Katzenstein (Jul 29, 2026 15:08:50 CDT)

Joshua Katzenstein
Chief Revenue Officer
Crescent Distributions NC, LLC

**VERIFICATION**

I, Ted Whitney, Chief Beverage Officer at Opta Nevada Group LLC, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Opta Nevada Group LLC are true and to the best of my knowledge.

*Ted Whitney*
Ted Whitney (Jul 29, 2026 12:01:51 PDT)
Tim Whitney
Chief Beverage Officer
Opta Nevada Group LLC

## **VERIFICATION**

I, Collin Kerrigan, Chief Executive Officer at Torch Drinks LLC, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Torch Drinks LLC are true and to the best of my knowledge.

Collin Kerrigan
Chief Executive Officer
Torch Drinks LLC

## **VERIFICATION**

I, Bobby Slattery, Chief Executive Officer at Fifty West Brewing Company LLC, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Fifty West Brewing Company LLC are true and to the best of my knowledge.


Bobby Slattery (Jul 29, 2026 11:31:20 EDT)
Bobby Slattery
Chief Executive Officer
Fifty West Brewing Company LLC

**VERIFICATION**

I, Art Oestrike, Founder of Athens Beverage LLC, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Athens Beverage LLC are true and to the best of my knowledge.

_Art Oestrike_
Art Oestrike (Jul 29, 2026 13:35:39 EDT)
Art Oestrike
Founder
Athens Beverage LLC

## **VERIFICATION**

I, Chris Brown, Chief Executive Officer at Great Lakes Brewing Company, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Great Lakes Brewing Company are true and to the best of my knowledge.

Christopher JT Brown (Jul 29, 2026 12:36:44 EDT)

Chris Brown
Chief Executive Officer
Great Lakes Brewing Company

## <u>VERIFICATION</u>

I, Collin Castore, Co-Founder of Green Room Brewing LLC, d/b/a Seventh Son Brewing, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Green Room Brewing LLC are true and to the best of my knowledge.

Collin Casatore (Jul 29, 2026 11:42:58 EDT)

Collin Castore
Co-Founder
Green Room Brewing LLC
d/b/a Seventh Son Brewing

## **VERIFICATION**

I, Adam Bankovich, Chief Executive Officer at Florageist, LLC, d/b/a Rhinegesit, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Florageist, LLC are true and to the best of my knowledge.

_Adam Bankovich_
Adam Bankovich (Jul 29, 2026 14:50:52 EDT)

Adam Bankovich
Chief Executive Officer
Florageist, LLC
d/b/a Rhinegeist

## **VERIFICATION**

I, Theo Terris, Chief Executive Officer at SS Beverages 1, Inc., d/b/a Uncle Arnie's, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff SS Beverages 1, Inc. are true and to the best of my knowledge.

Theo Terris (Jul 29, 2026 10:58:25 CDT)

Theo Terris
Chief Executive Officer
SS Beverages 1, Inc.
d/b/a Uncle Arnie's

## <u>VERIFICATION</u>

I, Jeremy Caldwell, Chief Executive Officer at Mile High Cure Corp., state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Mile High Cure Corp. are true and to the best of my knowledge.

Jeremy Caldwell (Jul 29, 2026 11:45:22 CDT)

Jeremy Caldwell
Chief Executive Officer
Mile High Cure Corp.

## **VERIFICATION**

I, Cynthia Cabrera, Chief Strategy Officer at Sky Marketing Corp., d/b/a Hometown Hero, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Sky Marketing Corp. are true and to the best of my knowledge.

*Cynthia Cabrera*
Cynthia Cabrera (Jul 29, 2026 14:39:50 CDT)

Cynthia Cabrera
Chief Strategy Officer
Sky Marketing Corp.
d/b/a Hometown Hero

## **VERIFICATION**

I, Bryan Sanshuck, Co-Founder of Wellness of Willoughby, LLC, state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Wellness of Willoughby, LLC, are true and to the best of my knowledge.

Bryan Sanshuck (Jul 29, 2026 12:07:45 EDT)

Bryan Sanshuck
Co-Founder
Wellness of Willoughby, LLC

## **VERIFICATION**

I, Nicholas Warrender, Chief Executive Officer at Lifted Liquids, Inc., state under penalty of perjury that I have the authority to make this verification, that I have read the contents of the Verified Complaint, and that the factual allegations in the Verified Complaint related to Plaintiff Lifted Liquids, Inc., are true and to the best of my knowledge.

_____
Nicholas Warrender
Chief Executive Officer
Lifted Liquids, Inc.