IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Delta Beverages, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:26-cv-01793 |
| | ) | |
| v. | ) | Judge: Jeffrey J. Helmick |
| | ) | Magistrate Judge: Darell A. Clay |
| State of Ohio, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Delta Beverages, Inc. ("Delta Beverages"); Crescent Distributions NC, LLC, d/b/a Crescent Canna ("Crescent Canna"); Opta Nevada Group LLC, d/b/a/ Cheech and Chong's Beverages ("Opta"); Torch Drinks LLC ("Torch Drinks"); Fifty West Brewing Company LLC ("50 West"); Athens Beverage LLC ("Athens Beverage"); The Great Lakes Brewing Company ("Great Lakes"); Green Room Brewing LLC, d/b/a Seventh Son Brewing ("Seventh Son"); Florageist, LLC, d/b/a Rhinegeist ("Rhinegeist"); SS Beverages 1, Inc., d/b/a Uncle Arnie's ("Uncle Arnie's"); Mile High Cure Corp. ("Mile High"); Sky Marketing Corp., d/b/a Hometown Hero ("Hometown Hero"); Wellness of Willoughby, LLC, d/b/a Thee Hemp Co. ("Wellness of Willoughby"); and Lifted Liquids, Inc. ("Lifted Liquids") (collectively, "Plaintiffs") respectfully move for a fourteen-day extension of the temporary restraining order (TRO), by and through September 4, 2026.

Respectfully submitted,

s/ *Carol A. Thompson*
Carol A. Thompson* (0102788)
**Counsel of Record*
Andrew D. McCartney (0099853)
ASHBROOK BYRNE KRESGE FLOWERS LLC
P.O. Box 8248
Cincinnati, Ohio 45249
Tel: 513.201.5775
Fax: 513.216.9882
cathompson@abkf.com
admccartney@abkf.com

/s/ *Christopher Wager*
Christopher C. Wager* (0084324)
**Counsel of Record*
Walter Blackham (0097882)
Mac Murray & Shuster LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Phone: 614.939.9955
cwager@mslawgroup.com

*Counsel for Plaintiffs*

**MEMORANDUM IN SUPPORT**

Federal Rule of Civil Procedure 65(b)(2) permits an extension for a like period of a TRO for good cause. Good cause includes a need to finalize briefing and a decision on a motion for a preliminary injunction. *See Women's Med. Pro. Corp. v. Taft*, 199 F.R.D. 597, 598 (S.D. Ohio 2000) (extending TRO to permit the court time to issue a decision on a motion for a preliminary injunction (referencing *Maine v. Fri*, 483 F.2d 439, 441 (1st Cir. 1973)); *see also Titan Logistics Grp., LLC v. Tischler*, Case No. 3:26-cv-1300 (N.D. Ohio) (Doc. 38 at PageID # 939) (extending the TRO fourteen days for completion of briefing on the motion for a preliminary injunction).

Good cause exists as the briefing on Plaintiffs' motion for a preliminary injunction is set to complete on September 2, 2026. *See* LR 7.1(d)-(e) (an opposition to a non-dispositive motion is due fourteen days after service of the motion, and a reply is due seven days after service of the opposition). Defendants' Opposition to the motion for a preliminary injunction is due August 26, 2026, and Plaintiffs' Reply will be due no later than September 2, 2026 (assuming Defendants file their Opposition on August 26, 2026). Plaintiffs also note that no stay of the preliminary injunction in *Titan Logistics Grp., LLC v. Tischler* has been issued to date. *Titan Logistics Grp., LLC v. Tischler*, No. 26-3648 (6th Cir.)

For the foregoing reasons and the existence of good cause, Plaintiffs respectfully request the Court grant this Motion and extend the TRO through September 4, 2026.

Respectfully submitted,

/s/ *Carol A. Thompson*
Carol A. Thompson* (0102788)
*Counsel of Record*
Andrew D. McCartney (0099853)
ASHBROOK BYRNE KRESGE FLOWERS LLC
P.O. Box 8248
Cincinnati, Ohio 45249
Tel: 513.201.5775
Fax: 513.216.9882
cathompson@abkf.com

admccartney@abkf.com

/s/ *Christopher Wager*
Christopher C. Wager* (0084324)
**Counsel of Record*
Walter Blackham (0097882)
Mac Murray & Shuster LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Phone: 614.939.9955
cwager@mslawgroup.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2026, the foregoing and proposed order were served on all Defendants, either through filing via this Court's ECF, which effects service on all represented Defendants whose counsel have filed notices of appearance, or via certified mail and email to all unrepresented Defendants.

/s/ *Carol A. Thompson*
Carol A. Thompson (0102788)