IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Delta Beverages, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:26-cv-01793 |
| | ) | |
| v. | ) | Judge: Jeffrey J. Helmick |
| | ) | Magistrate Judge: Darell A. Clay |
| State of Ohio, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Extend Temporary Restraining Order, and the arguments therein, I hereby **GRANT** Plaintiffs' Motion and order the following:

The TRO issued on August 7, 2026, is extended through September 4, 2026.

**SO ORDERED**.

______________________________
Jeffrey J. Helmick
United States District Court Judge