UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Delta Beverage, Inc., *et al.*,

Plaintiffs,

v.

Jim Canepa, *et al.*,

Defendants.

Case No. 3:26-cv-17893

ORDER

On August 7, 2026, I granted Plaintiffs' motion for a temporary restraining order. (Doc. No. 23). Pursuant to Rule 65 of the Federal Rules of Civil Procedure, that order is set to expire on August 21, 2026.

On August 12, 2026, Plaintiffs filed a motion for a preliminary injunction and requested that the temporary restraining order be extended for an additional 14 days to allow for a ruling on their preliminary injunction motion. (Doc. No. 34). Defendants have not yet filed a response to the motion for a preliminary injunction, though Plaintiffs subsequently filed a separate motion to extend the temporary restraining order. (Doc. No. 42).

I conclude there is good cause to extend the temporary restraining order, grant Plaintiffs' motion for an extension, (Doc. No. 42), and order that it shall remain in effect until September 4, 2026. Further, I order that any Defendant who wishes to respond to Plaintiffs' motion for a preliminary injunction shall do so no later than August 26, 2026. A response brief filed by any Defendant shall be deemed to be filed by all other Defendants and no Defendant will be considered

to have waived opposition to the preliminary injunction motion if the Defendant chooses not to file a separate response brief.

I note that none of the parties have suggested that there are factual issues, rather than legal issues, at the heart of this case. Therefore, I grant leave to Defendants to file, in response to the preliminary injunction motion and in lieu of a separate brief in opposition, a notice incorporating and reasserting the arguments raised in the State of Ohio's brief in response to Plaintiffs' motion for a temporary restraining order. Any such notice filed by one Defendant will be deemed to have been filed by all Defendants.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge