UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Delta Beverages, Inc., *et al.*,

Plaintiffs,

v.

Jim Canepa, *et al.*,

Defendants.

Case No. 3:26-cv-1793

ORDER

On September 28, 2026, the State of Ohio Defendants filed a motion to modify the preliminary injunction I previously entered in this case in light of the partial stay entered by the Sixth Circuit Court of Appeals of a substantially similar preliminary injunction in *Titan Logistics Group, LLC v. Tischler*, No. 26-3648 (6th Cir.). (Doc. No. 60). Briefing was completed on the motion on October 2, 2026. (*See* Doc. Nos. 63 and 64). The State of Ohio Defendants then filed a notice of appeal on October 5, 2026. (Doc. No. 65). Because the filing of a notice of appeal "divests the district court of its control over those aspects of the case involved in the appeal," I conclude I am unable to rule on the State of Ohio Defendants' motion and deny the motion to modify without prejudice. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge